## SMITH v. STATE.  (No. 12137.)

Court of Criminal Appeals of Texas.  Nov. 14, 1928.

Rehearing Denied Jan. 2, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

### Opinion.

HAWKINS, J.  Conviction is for transportation of intoxicating liquor, punishment being two years in the penitentiary.

The record contains no statement of facts or bills of exception.  In this condition nothing is presented for review.

The judgment is affirmed.

### On Motion for Rehearing.

MORROW, P. J.  In his motion for rehearing the appellant attacks the sufficiency of the indictment in general terms, naming no specific grounds upon which his contention is based.  We have examined the indictment and have failed to discover that it is faulty in any respect.

The motion is overruled.